UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-21765-CIV-UNGARO

FELIPE TORREALBA et al.,

    Plaintiffs,

v.

SAFE HURRICANE SHUTTERS, INC. , et al.,

    Defendants.
                                      /

## DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Final Default Judgment, filed October 1, 2007 (D.E. 14).

THIS COURT has considered said Motion and the pertinent portions of the record and is otherwise fully advised in the premises. The Court notes that the Clerk of the Court entered default against the above Defendants on September 25, 2007. In support of the Motion, Plaintiffs have filed affidavits attesting to the damages suffered by Plaintiffs in this case (D.E. 14, Exs. A-B). These affidavits establish that Plaintiff Torrealba is owed a total of $42,150.40 in damages and that Plaintiff Henriquez is owed a total of $22,944.80 in damages. The Motion establishes that Plaintiffs incurred $410.00 in costs and $2,865.00 in attorneys' fees. Having reviewed the Complaint and the evidence attached to Plaintiffs' Motion, it is hereby

ORDERED AND ADJUDGED that a DEFAULT FINAL JUDGMENT is entered against Defendants and in favor of Plaintiffs upon Plaintiffs' Complaint. Plaintiff Torrealba is awarded the sum of $42,150.40 in damages, and Plaintiff Henriquez is awarded the sum of $22,944.80 in damages. Plaintiffs are further awarded a total of $410.00 in costs and $2,865.00 in attorneys'

fees.  Interest shall accrue at the rate prescribed by 28 U.S.C. § 1961 until this judgment is satisfied.

  DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of October, 2007.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record